■ In the Matter of MICHAEL SANTANGELO (Admitted as MICHAEL LOUIS SANTANGELO), a Suspended Attorney. [746 NYS2d 254] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J.P., Rosenberger, Ellerin, Wallach and Lerner, JJ.